

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jimmy Noah, Appellant

No. 06-15-00065-CV          v.

Donald Wikoff, M.D., and Wikoff Urology, P.A., Appellees

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 83223). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the order of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellees, Donald Wikoff, M.D., and Wikoff Urology, P.A., pay all costs of this appeal.

RENDERED JULY 28, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk